Yasser HECHAVARRIA,
Plaintiff–Appellee,

v.

Armando ROJAS, Raul Perez,
Defendants–Appellants.

No. 11–11105.

United States Court of Appeals,
Eleventh Circuit.

April 24, 2012.

Jay M. Levy, Jay M. Levy, PA, Miami, FL, Alan Judah Greenstein, Chavez & De Leon, PA, South Miami, FL, for Plaintiff–Appellee.

John A. Greco, Christopher Allan Green, Office of the City Attorney, Miami, FL, Brent J. Chudachek, Ronald J. Cohen, PA, Miami Lakes, FL, for Defendants–Appellants.

Before HULL and FAY, Circuit Judges, and BOWEN,* District Judge.

PER CURIAM:

Based on the limited record before the Court at this time, we cannot say that the defendant-appellants have shown reversible error in the district court's order denying qualified immunity. Accordingly, we affirm the district court's March 8,

* Honorable Dudley H. Bowen, Jr., United States District Judge for the Southern District of Georgia, sitting by designation.

2011 order denying the defendant-appellants' motion for summary judgment.

**AFFIRMED.**